Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

JS-6

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DESTINATION MATERNITY CORPORATION, a Delaware Corporation; et al.,<br><br>Defendants. | Case No.: CV11-7740 RGK (MANx)<br>*Honorable R. Gary Klausner Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

Having reviewed the Stipulation of the parties to dismiss this action and finding good cause thereon,

IT IS HEREBY ORDERED THAT this action be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

SO ORDERED.

Date: July 24, 2012            _____
                               HON. R. GARY KLAUSNER
                               U.S. DISTRICT COURT JUDGE